IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**ROGER L. ARBOGAST,**

    Plaintiff,

v.                                                              Civil Action No. 3:14cv79
                                                              (Judge Groh)

**WEXFORD MEDICAL and
DR. D. POLICARPIO,**

    Defendants.

## **ORDER DIRECTING CONFIDENTIAL MEDICAL RECORDS TO BE SEALED**

On July 14 26, 2014, the plaintiff initiated this action by filing a civil rights case pursuant to 42 U.S.C. §1983. On August 14, 2014, the plaintiff wrote a letter to the Clerk, *inter alia,* attaching copies of medical records to support his claim, records which contain plaintiff's confidential medical information. (Dkt.# 14-1). Because Dkt.# 14-1 contains plaintiff's private medical information and personal identifiers relative to the plaintiff, the record should be sealed.

IT IS SO ORDERED.

The Clerk is ordered to file Dkt.# 14-1 under seal pursuant to the E-Government Act of 2002. The Clerk is also directed to mail a copy of this Order via certified mail, return receipt requested, to the *pro se* plaintiff at his last known address as reflected on the docket.

DATED: August 18, 2014

                                              /s/ James E. Seibert_____
                                              JAMES E. SEIBERT
                                              UNITED STATES MAGISTRATE JUDGE